OCTOBER 22, 1992

No. 92–6260 (A–318).  GARDNER *v.* DIXON, WARDEN.  C. A. 4th Cir.  Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied.  Certiorari denied.  JUSTICE BLACKMUN and JUSTICE STEVENS would grant the application for stay.

No. 92–6314 (A–328).  GARDNER *v.* DIXON, WARDEN.  C. A. 4th Cir.  Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied.  Certiorari denied.

OCTOBER 29, 1992

No. 92–31.  CHINA EVERBRIGHT TRADING CO. *v.* TIMBER FALLING CONSULTANTS, INC.; and

No. 92–305.  TIMBER FALLING CONSULTANTS, INC. *v.* CHINA EVERBRIGHT TRADING CO.  C. A. 9th Cir.  Certiorari dismissed under this Court's Rule 46.  Reported below: 959 F. 2d 1468.

OCTOBER 30, 1992

No. 92–494.  CASARES ET AL. *v.* SPENDTHRIFT FARM, INC., ET AL.  C. A. 9th Cir.  Certiorari dismissed under this Court's Rule 46.

NOVEMBER 2, 1992

No. 92–522.  GARDNER ET AL. *v.* ILLINOIS LEGISLATIVE REDISTRICTING COMMISSION ET AL.  Affirmed on appeal from D. C. N. D. Ill.

No. 91–1993.  CONTINENTAL CASUALTY CO. *v.* FIBREBOARD CORP.  C. A. 9th Cir.  Certiorari granted, judgment vacated, and